AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jan 18, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| REBECCA LAVELLE,<br>*Plaintiff*<br>v.<br>CL WEST MANAGEMENT LLC; WESTMONT HOSPITALITY GROUP EXTENDED STAY; WHG, LLC; REDROOF, INC; and HOMETOWNE STUDIOS,<br>*Defendant* | Civil Action No. 2:21-CV-0170-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge THOMAS O. RICE without a jury and the above decision was reached.

☐ decided by Judge _____

Date: January 18, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen